**SAYRE & LEVITT, LLP**
Federico Castelan Sayre, Esq. (SBN 067240)
sayreesq@sayrelevitt.com
Adam L. Salamoff, Esq. (SBN 193686)
asalamoff@sayrelevitt.com
333 Civic Center Drive West
Santa Ana, California 92701-3452
(714) 550-9117 Telephone / (714) 716-8445 Facsimile

Attorneys for Plaintiff MACARIO GARCIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MACARIO GARCIA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DEPUTY ELIJAH WEINREB, DEPUTY MARCO CHAVEZ, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, THE COUNTY OF LOS ANGELES, LOS ANGELES COUNTY CENTRAL JAIL COMPLEX, and DOES 1 - 10, Inclusive,<br><br>　　　　Defendants | CASE NO.: SACV12-824 AG (ANx)<br><br>**DECLARATION OF FEDERICO C. SAYRE, ESQ., IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**<br><br>Date:　　December 10, 2012<br>Time:　　10:00 a.m.<br>Dept.:　　Courtroom 10-D<br><br>JUDGE ANDREW GUILFORD<br><br>Magistrate Judge: Arthur Nakazato |

　　　　I, FEDERICO C. SAYRE, am one of the attorneys representing the Plaintiff in this case and if called to testify I could testify to the following of my own knowledge.

　　　　1.　　The above-captioned matter pertains to a complaint for civil rights violations, filed on behalf of Plaintiff, MACARIO GARCIA, ("Client") against Defendant Deputies of the Los Angeles County Sheriff's Department, arising out of an incident that occurred on or about October 22, 2010.

　　　　2.　　On or about August 15, 2011, the Client executed a retainer agreement with my firm, to represent him with regard to the October 22, 2010 incident.

1

3. On or about April 4, 2012, the Client was arrested and has since been incarcerated at both the Men's Central Jail and Twin Towers Correctional Facility, in Los Angeles, California.

4. As a result of the Client engaging in conduct rendering it unreasonably difficult for my firm to carry out the representation of Client, on July 2, 2012, I sent correspondence to the Client informing him of our intent to withdraw as his counsel on this matter, enclosing a Substitution of Attorney form, and suggesting that he obtain new counsel. The letter, among other things, was intended to inform Client of the importance of obtaining new counsel. I also informed the Client of the work we had performed on his case, and would continue to perform on his behalf, in order to preserve any potential rights he might have with regard to his case.

5. After two months passed without any response from Client, my associate, Adam L. Salamoff, Esq., sent a further correspondence, dated September 7, 2012, again informing the Client of our intent to file a Motion to Withdraw as counsel and providing him an additional three (3) weeks to find substitute counsel.

6. Having given the Client more than two months notice from the July 2, 2012 letter and receiving no executed Substitution of Attorney form from the Client, or from any counsel, and not having received assent from the Client to withdraw, we prepared this Motion.

7. Pursuant to Local Rule 83-2.9, a copy of this motion is being concurrently served upon the Client at the Twin Towers Correctional Facility, mailing address: Terminal Annex, P.O. Box 86164, Los Angeles, CA 90086-0164, as well as upon opposing counsel.

8. The discovery cutoff in this matter is set for May 13, 2013. The next calendared court date in this matter is the Final Pre-Trial Conference on July 29, 2013. Further, the Trial is set for August 13, 2013.

I declare that all of the above is true and correct under penalty of perjury and the laws of the State of California.

Executed this 29th day of October, 2012 in Santa Ana, California.

_____
Federico C. Sayre, Declarant

DECLARATION OF FEDERICO C. SAYRE IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL