UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 12-824 AG (MRW) | Date | July 10, 2013 |
|---|---|---|---|
| Title | Macario Garcia v. Deputy Micah Weinreb | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| n/a | | n/a |

**Proceedings:**     (IN CHAMBERS) ORDER RE: MEDICAL EXAM

    Plaintiff requests that this Court order that the Sheriff's Department transport Plaintiff to a hospital for medical evaluation. (Docket # 42.) Plaintiff expressly notes that this exam would be to support the allegations in his civil case.

    The existence of a civil action in this Court is insufficient to warrant court-ordered medical treatment or evaluation here. The Court will not intervene in the discovery process, nor is it able to help either party prepare the case for further development. Moreover, Plaintiff remains in the custody of the state court during the course of his pretrial and mental evaluation proceedings. The Court does not have jurisdiction to order this relief at this point of the action or to supervise Plaintiff's ongoing medical condition. The request is DENIED.