UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACARIO GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DEPUTY MICAH WEINREB, et al.,<br><br>　　　　　Defendant. | Case No. SA CV 12-824 AG (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  Plaintiff has not filed any written Objections to the Report.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATE: October 31, 2013　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　HON. ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE