UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MACARIO GARCIA, | ) | Case No. SA CV 12-824 AG (MRW) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| DEPUTY MICAH WEINREB, et al., | ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATE: October 31, 2013

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE